BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FLEMING ) | Case No. 16-cv-02811-AC |
| ) | |
| ) | ~~PROPOSED~~ ORDER EXTENDING |
| Plaintiff, ) | PLAINTIFF'S TIME TO FILE |
| ) | SUMMARY JUDGEMENT MOTION |
| v. ) | |
| ) | |
| COMMISSIONER OF SSA ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## ~~PROPOSED~~ ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to November 3, 2017.

DATED: October 3, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1