BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FLEMING ) | Case No. 16-cv-02811-AC |
| ) | |
| Plaintiff, ) | ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION |
| ) | |
| v. ) | |
| ) | |
| COMMISSIONER OF SSA ) | |
| ) | |
| Defendant. ) | |
| ) | |

**~~PROPOSED~~ ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to December 8, 2017.

DATED: November 16, 2017.

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1