UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FLEMING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:16-cv-02811 AC<br><br><br>ORDER TO SHOW CAUSE |

On November 16, 2017 the undersigned ordered, pursuant to the parties' stipulation, that the deadline for plaintiff to file a motion for summary judgment would be extended to December 8, 2017. ECF No. 16. That deadline has passed and plaintiff has not filed his motion for summary judgment.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than January 2, 2018, why this action should not be dismissed for failure to prosecute;
2. Plaintiff's filing of a motion for summary judgment will be deemed good cause shown; and

3. If plaintiff fails to comply with this order, his case will be dismissed.

IT IS SO ORDERED.

DATED: December 19, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE