BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517
besshelena@earthlink.net
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GEORGE FLEMING )  Case No. 16-cv-02811-AC
)
)
)
)
Plaintiff, )
) ~~PROPOSED~~ ORDER APPROVING
) SETTLEMENT OF ATTORNEY FEES
v. ) PURSUANT TO THE EQUAL ACCESS TO
) JUSTICE ACT
)
NANCY A. BERRYHILL, )
ACTING COMMISSIONER OF SSA, )
Defendant. )
)

### ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of SIX THOUSAND SIX HUNDRED DOLLARS AND ZERO CENTS (**$6,600.00**), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: August 22, 2018

_/s/ Allison Claire_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE